**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CARA PEITRINA (PIETRINA) | | CORDONI |
| | First Name | Middle Name | Last Name |
| Debtor 2 | NA | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of California

Case number: 18-40460 JGE. C. NOVACK
(If known)



FILED

APR 0 2 2018 DTS 2:15

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

☐ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name: _____

Number  Street: _____

_____

City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____     $_____     $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name: _____

Number  Street: _____

_____

City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____     $_____     $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1 BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998

Last 4 digits of account number: 5 4 7 5
When was the debt incurred? 01/20/2016

Total claim: $7947.00

Type of NONPRIORITY unsecured claim:
- ☐ Other. Specify: CREDIT CARD

### 4.2 BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998

Last 4 digits of account number: 0 4 9 7
When was the debt incurred? 07/14/2009

Total claim: $7587.00

Type of NONPRIORITY unsecured claim:
- ☐ Other. Specify: CREDIT CARD

### 4.3 BARCLAYS BANK DELAWARE
125 SOUTH WEST STREET
WILMINGTON, DE 19801

Last 4 digits of account number: 6 6 4 2
When was the debt incurred? 03/01/2015

Total claim: $9069.00

Type of NONPRIORITY unsecured claim:
- ☐ Other. Specify: CREDIT CARD

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

### 4.4
**CAPITAL ONE BANK USA NA**
Nonpriority Creditor's Name
PO BOX 30291
Number    Street
SALT LAKE CITY    UT    84130
City    State    ZIP Code

Last 4 digits of account number  7  1  3  5    $ 8172.00
When was the debt incurred? 07/17/01

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify CREDIT CARD

Is the claim subject to offset?
☐ No
☐ Yes

### 4.5
**DISCOVER FINANCIAL SERVICES LLC**
Nonpriority Creditor's Name
PO BOX 15316
Number    Street
WILMINGTON    DE    19850
City    State    ZIP Code

Last 4 digits of account number  5  6  5  0    $ 5218.00
When was the debt incurred? 07/08/07

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify CREDIT CARD

Is the claim subject to offset?
☐ No
☐ Yes

### 4.6
**JP MORGAN CHASE BANK, NA**
Nonpriority Creditor's Name
P,O, BOX 183166
Number    Street
COLUMBUS    OH    43218
City    State    ZIP Code

Last 4 digits of account number  7  1  2  2    $ 0
When was the debt incurred? 06/14/2006

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify NOTICE ONLY

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 | 4,7 MYLOR FINANCIAL LLC
Nonpriority Creditor's Name
C/O BANK OF AMERICA, POBOX 5170
SIMI VALLEY, CA 93062

Last 4 digits of account number  4 0 2 1
When was the debt incurred? _____

$ 42,000.00

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify LOAN

### 4.2 | 4.8 WASHINGTON MUTUAL BANK FA
Nonpriority Creditor's Name
2273 GREEN VALLEY PARKWAY STE 14
HENDERSON, NV 89014

Last 4 digits of account number  7 1 2 2
When was the debt incurred? 06/14/2006

$ 88,500.00

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify LOAN

### 4.3 | 4.9 WAMU Mortgage Passthrough Certificates
Nonpriority Creditor's Name
Series 2006-AR9 Trust c/o US BANK NA, as Trustee
700 Kansas Ln., Monroe, LA 71203

Last 4 digits of account number  7 1 2 2
When was the debt incurred? 07/22/2006

$ 0.00

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify alleged LOAN NOTICE ONLY

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

### 4.10

**WELLS FARGO CARD SERVICES credit bureau disp**
Nonpriority Creditor's Name
PO BOX 14517
Number    Street
DES MOINES,    IA    50306
City    State    ZIP Code

Last 4 digits of account number  9  2  2  7    $ 8,221.00

When was the debt incurred?  02/02/2011

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify CREDIT CRD

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.11

**PennyMac Holding, Inc c/o Aldridge Pite LLP**
Nonpriority Creditor's Name
4375 Jutland Dr, STE. 200  POBOX 17934
Number    Street
SAN DIEGO    CA    92117
City    State    ZIP Code

Last 4 digits of account number  N  O  W  N    $ 0.00

When was the debt incurred?  01/20/2007

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify NOTICE ONLY

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.12

**PINE CITY OUTREACH TRUST**
Nonpriority Creditor's Name
422 E. CASTRO VALLEY BLVD STE 200
Number    Street
SAN LEANDRO    CA    94578
City    State    ZIP Code

Last 4 digits of account number  N  O  W  N    $ 0.00

When was the debt incurred?  01/20/2007

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify NOTICE ONLY

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 __CARA_____ __PIETRINA_____ __CORDONI_____ Case number (if known) __18-40460-JGE CHARLES NOVACI__
       First Name       Middle Name       Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                           **Total claim**

**4.1**
**4.12 SPECIALIZED LOAN SERVICING LLC**
Nonpriority Creditor's Name
**P O BOX 630147**
Number  Street
**LITTLETON      CO  80163**
City      State  ZIP Code

Last 4 digits of account number __5__ __9__ __0__ __2__    $ __30000__
When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __LOAN__

**4.2**
**4,13 STEVE ROBERT MASON**
Nonpriority Creditor's Name
**2518 ENCINAL AVENUE**
Number  Street
**ALAMEDA      CA  94501**
City      State  ZIP Code

Last 4 digits of account number __N__ __O__ __W__ __N__    $ __0__
When was the debt incurred? __01/2017__

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __NOTICE ONLY__

**4.3**
**4.14 SELECT PORTFOLIO SERVICING INC**
Nonpriority Creditor's Name
**P. O. BOX 65250**
Number  Street
**SALT LAKE CITY      UT  84165**
City      State  ZIP Code

Last 4 digits of account number __7__ __8__ __1__ __0__    $ __0__
When was the debt incurred? __?__

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __NOTICE ONLY__

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 8


## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Affinia Default Services LLC**<br>Name<br>301 E. Ocean Blvd. #1720<br>Number Street<br>Long Beach   CA   90802<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |
| **BANK OF NEW YORK MELLON, AS TRUSTEE**<br>Name<br>FOR (CWMBS 2006-OA1)<br>Number Street<br>225 LIBERTY STREET<br>NEW YORK   NY   10286<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  4  0  2  1 |
| **BAYVIEW LOAN SERVICING, LLC**<br>Name<br>4425 PONCE DE LEON BLVD<br>Number Street<br>5TH FLOOR<br>CORAL GABLES   FL   33146<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  4  0  2  1 |
| **JP MORGAN CHASE BANK, NA**<br>Name<br>P,O, BOX 183166<br>Number Street<br>COLUMBUS   OH   43218<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.9 of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  7  1  2  2 |
| **LAW OFFICES OF LES ZIEVE**<br>Name<br>Number Street<br>30 CORPORATE PARK STE 450<br>IRVINE   CA   926-6<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  4  0  2  1 |
| **QUALITY LOAN SERVICE INC**<br>Name<br>411 IVY STREET<br>Number Street<br>SAN DIEGO   CA   92101<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.9 of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number  7  1  2  2 |
| **SPECIALIZED LOAN SERVICING**<br>Name<br>P.O.BOX 630147<br>Number Street<br>LITTLETON,   CO   80163<br>City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ___ ___ ___ ___ |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 140,500.00 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 140,500.00 |