**FILED**

APR 0 2 2018

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                              Case No.:18-40460
                                                    JUDGE CHARLES NOVACK

CARA PIETRINA CORDONI

_____ Debtor _____ /

## CREDITOR MATRIX COVER SHEET
## AMENDED FROM THE ORIGINAL FILED FEB. 23. 2018

I declare that the attached Creditor Mailing Matrix, consisting of _3_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor=s filing and that this matrix conforms with the Clerk=s promulgated requirements.

DATED   :March 28, 2018

X _____
_Signature of Debtor=s Attorney or Pro Per Debtor

Case # : 18-40460-CNAM
Debtor.: CARA PIETRINA CORDONI
Trustee: MARTHA BRONITSKY
Chapter: AM
-----------------------------------
Filed  : April 02, 2018  14:13:25
Deputy : DS
Receipt: 40101889
Amount : $31.00
-----------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Northern District Of California

ORIGINAL MATRIX FILED FEBRUARY 23, 2018 CASE # 18-40460 JUDGE CHARLES NOVACK

BANKRUPTCY COURT NORTHERN CALIFORNIA

DEBTOR; CARA P. CORDONI CHAPTER 13

**AMENDED:**

# MATRIX LIST ATTACHED:

1. 1,    AFFINIA DEFAULT SERVICE LLC
         301 E. OCEAN BLVD#1720
         LONG BEACH, CA 90802

2.       BANK OF AMERICA
         PO BOX 98223
         EL PASO, TX 79998-2235

3.       BANK OF NEW YORK MELLON
         C/O BANK OF AMERICA. N.A.
         P. O. BOX 5170
         SIMI VALLEY CA 93062

4.       BARCLAYS BANK DELEWARE
         125 SOUTH WEST STREET
         WILMINGTON, DE 19801

5.       BAYVIEW LOAN SERVICING LLC
         4425 PONCE DE LEON BLVD 5TH FLOOR
         CORAL GABLES, FL 33146

6.       CAPITAL ONE BANK USA N.A.
         P,O, BOX 30281
         SALT LAKE CITY, UT 84130

7.       CHASE AUTO FINANCE
         P.O. BOX 901003
         FORT WORTH, TX 76101-2003

Page 1 of 3   AMENDED MATRIX  CASE 18-40460 UDGE CHARLES NOVAK

Case: 18-40460    Doc# 17    Filed: 04/02/18    Entered: 04/02/18 14:24:13    Page 2 of 4

8. DIS COVER FINANCIAL SERVICES LLC
   P.O. BOX 15316
   WILMINGTON, DE 19850-5316

9. JP MORGAN CHASE BANK N.A.
   P.O.BOX 183166
   COLUMBUS, OH 43218-3166

10. JP MORGAN CHASE BANK, N.A.
    700 KANSAS LANE M
    MONROE, LA 71203

11. PENNYMAC HOLDINGS, INCC/O ALDRIDGE PITE, LLP
    4375 JUTLAND DRIVE, SUITE 200
    P. O.BOX 17934
    SAN DIEGO, CA 92117

12. QUALITY LOAN SERVICE INC.
    411 IVY STREET
    SAN DIEGO, CA 92101

13. SELECT PORTFOLIO SERVICING INC
    P.O.BOX 65250
    SALT LAKE CITY, UT 84165-0250

14. SPECIALIZED LOAN SERVICING LLC
    P.O.BOX 630147
    LITTLETON, CO 80163

15. LES ZIEVE, LAW OFFICES
    30 CORPORATE PARK STE 450
    IRVINE, CA 92606

16. STEVE ROBERT MASON
    2518 ENCINAL AVENUE

ALAMEDA, CA 94501

17. PINE CITY OUTREACH TRUST
    422 E. CASTRO VALLEY BLVD STE 220
    SAN LEANDRO, CA 94578

19. US BANK NA, NA TRUSTEE SOR THE BENEFICIARIES OF
    WAMU MORTGAGE PASSTHROUGH CERTIFICATE SERIES 2006-AR9 TRUST
    C/O RICHARD K DAVIS (CEO OR GEN. AGENT)
    425 WALNUT STREET
    CINCINNATI, OH 45202

20. WASHINGTON MUTUAL BANK FA
    C/O AGENT OF SERVICE
    2273 GREEN VALLEY PARKWAY STE 14
    HENDERSON, NV 89014

21. WELLS FARGO CARD SERVICES
    ATTN CREDIT BUREAU DISPUTE RESOLUTION
    P.O.BOX 14517
    DES MOINES, IA 50306